IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBIN HUGHES, as Mother and Next Friend and QUENTIN JOHNSON, as Father and Next Friend of DJ, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> HENRICO COUNTY PUBLIC SCHOOLS, *et al.* <br><br> Defendants. | Case No. 3:19-cv-00905-MHL |

## MOTION TO DISMISS

Defendants School Board of Henrico County, Virginia (sued incorrectly as "Henrico County Public Schools," hereinafter "HCPS") and Thomas McAuley ("McAuley") move to dismiss the claims brought against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The argument and authorities in support of this motion are set forth in a supporting memorandum filed with the Court this day.

Respectfully submitted,

SCHOOL BOARD OF HENRICO COUNTY, VIRGINIA
and
THOMAS MCAULEY

          By:    /s/_____
                John D. Gilbody, Esquire
                Assistant County Attorney
                VSB No. 42788
                Office of the County Attorney
                County of Henrico
                P.O. Box 90775
                Henrico, Virginia 23273-0775
                Telephone: (804) 501-4343
                Facsimile: (804) 501-4140
                Email: gil077@henrico.us

                *Attorney for Defendants School Board of Henrico County, Virginia and Thomas McAuley*

Joseph P. Rapisarda, Jr., VSB #14836
   County Attorney
John D. Gilbody, VSB #42788*
   Assistant County Attorney
Ryan P. Murphy, VSB #87843
   Assistant County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 9077
Henrico, VA 23273-0775
Telephone: (804) 501-4342
Facsimile: (804) 501-4140
*Counsel of Record

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 11th day of December 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will then send a copy of the document to counsel listed below via first class mail:

                Charlotte P. Hodges, Esq.
                B.I.G. Legal Services, PLLC
                P.O. Box 4302
                Midlothian, VA 23112
                *Counsel for Plaintiffs*

                /s/_____
                    John D. Gilbody