IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| "DJ," A MINOR, BY AND THROUGH HIS NEXT FRIEND AND MOTHER, ROBIN HUGHES, AND HIS NEXT FRIEND AND FATHER, QUENTIN JOHNSON,<br><br>**Plaintiff,**<br><br>v.<br><br>SCHOOL BOARD OF HENRICO COUNTY,<br><br>THOMAS MCAULEY,<br><br>SCOTT BOWERS, and<br><br>JOHN DOES 1-3,<br><br>**Defendants.** | Case No. 3:19-cv-00905-MHL |

## MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendants County School Board of Henrico County, Virginia ("School Board"), Thomas McAuley ("McAuley"), and Scott Bowers ("Bowers"), by counsel, move to dismiss the claims brought against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The argument and authorities in support of this motion are set forth in a supporting memorandum filed with the Court this day.

Respectfully submitted,

SCHOOL BOARD OF HENRICO COUNTY,
THOMAS MCAULEY & SCOTT BOWERS

By:   /s/_____
        John D. Gilbody

1

Joseph P. Rapisarda, Jr., VSB #14836
    County Attorney
John D. Gilbody, VSB #42788
    Assistant County Attorney
Ryan P. Murphy, VSB #87843
    Assistant County Attorney
Office of the County Attorney
Henrico County
P.O. Box 90775
Henrico, VA 23273-0775
Telephone: (804) 501-4342
Facsimile: (804) 501-4140

*Attorney for Defendants*
*School Board of Henrico County,*
*Thomas McAuley, and Scott Bowers*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 17th, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the following:

Charlotte P. Hodges, Esq.
B.I.G. Legal Services, PLLC
P.O. Box 4302
Midlothian, VA 23112

Mark J. Krudys, Esquire
The Krudys Law Firm
919 East Main Street, Suite 2020
Richmond, VA  23219

                                                 /s/_____
                                                 John D. Gilbody