IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**"DJ," A MINOR, BY AND THROUGH**
**HIS NEXT FRIEND, ROBIN HUGHES,** *et al.,*

        **Plaintiffs,**

**v.**                                                  Civil Action No. 3:19cv905

**SCHOOL BOARD OF HENRICO**
**COUNTY,** *et al.,*

        **Defendants.**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS

IN PART AND DENIES IN PART the Motion to Dismiss, (ECF No. 13).

Specifically, the Court GRANTS the Motion to Dismiss as to Count Five and

DISMISSES the Rehabilitation Act Claim.  The Court DENIES the Motion to Dismiss as to the

remaining claims and allows those claims to proceed past the Motion to Dismiss stage.

Defendants SHALL file responses in accordance with the Federal Rules of Civil

Procedure and the Local Rules for the United States District Court for the Eastern District of

Virginia.

It is SO ORDERED.

                                       /s/
                                  M. Hannah Lauck
                             United States District Judge

Date: Sept 18, 2020
Richmond, Virginia